IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-02200-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 29, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                           *Counsel:*

JENNIFER ROSENBERG,                                 *Pro se*

    Plaintiff,

v.

DEUTSCHE BANK A.G.,                                 Cuneyt Akay
D E U T S C H E   B A N K                           Thomas Kavaler
AKTIENGESELLSCHAFT,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, and
DEUTSCHE BANK SECURITIES, INC.,

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in Session:     9:13 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Motion to Stay the Case Pending Resolution of Federal Investigation [Doc. No. 13], Defendants' Non-Objection to Plaintiff's "Motion to Stay the Case Pending Resolution of Federal Investigation" [Doc. No. 20], Plaintiff's amended complaint, reserved claims, the timing of the case, Plaintiff obtaining counsel, a tolling agreement, administratively closing the case, and the possibility of settlement.

**ORDERED:**  Plaintiff's Amended Complaint [Doc. No. 10] is WITHDRAWN.  Plaintiff shall file a new amended complaint no later than **December 14, 2011,** or Plaintiff's original complaint will remain the operative pleading.  The Court stays Defendants' obligation to file any response or answer to the original complaint. Defendants shall file an answer to either the new amended complaint or the

                original complaint 30 days from December 14, 2011.

**ORDERED:**  Plaintiff's Motion to Stay the Case Pending Resolution of Federal Investigation [Doc. No. 13] is DENIED.

Hearing Concluded.

**Court in recess:**    **10:02 a.m.**
Total time in court:    00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.