Thomas J. Kavaler
Philip V. Tisne
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

Cuneyt Akay
GREENBERG TRAURIG LLP
1200 17th Street, Suite 2400
Denver, Colorado  80202
(303) 572-6576

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

|  |  |
|---|---|
| JENNIFER ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | No. 11-cv-2200 (WJM) (CBS) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendants Deutsche Bank AG, Deutsche Bank Trust Company Americas and Deutsche Bank Securities Inc. will and hereby do move this Court, at a time and place to be set by the Court, for an Order:  dismissing the claims against all defendants for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2); or alternatively transferring the above-captioned action to the Sourthern District of New York, pursuant to 28 U.S.C. § 1404(a).

Dated: New York, New York
       January 12, 2012

Respectfully submitted,

CAHILL GORDON & REINDEL LLP


By: /s/ Thomas J. Kavaler

   Thomas J. Kavaler
   Philip V. Tisne
   80 Pine Street
   New York, New York  10005
   (212) 701-3000


   GREENBERG TRAURIG LLP
   Cuneyt Akay
   1200 17th Street, Suite 2400
   Denver, Colorado  80202
   (303) 572-6576


   *Attorneys for Defendants*

To:    Jennifer Rosenberg
       *Pro Se*
       P.O. Box 2309
       360 Certerville Road
       Edwards, Colorado  81632
       (970) 306-8151