**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

-------------------------------------------------------------x
:
JENNIFER ROSENBERG, :
:
                                      Plaintiff, :
: No. 11-cv-2200 (WJM) (CBS)
          - *against* - :
:
DEUTSCHE BANK AG, DEUTSCHE BANK TRUST : **[PROPOSED] ORDER**
COMPANY AMERICAS, DEUTSCHE BANK :
SECURITIES INC., :
:
                                   Defendants. :
:
-------------------------------------------------------------x

WILLIAM J. MARTINEZ, U.S.D.J.

        Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Transfer to the Southern District of New York, filed on January 12, 2012, is GRANTED. For the reasons stated in Defendants' Memorandum of Law in Support of their motion, this Court lacks personal jurisdiction over the defendants in this action, and, accordingly, Plaintiff's claims against Deutsche Bank AG, Deutsche Bank Trust Company Americas and Deutsche Bank Securities Inc. must be and hereby are DISMISSED.

        The Clerk shall terminate the motion, deny any pending motions as moot, and mark the action closed.

SO ORDERED
DATED:    Denver, Colorado
              _____, 2012

                                                                  _____
                                                                  WILLIAM J. MARTINEZ, U.S.D.J.