**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

------------------------------------------------------------x
:
Jennifer Rosenberg, :
:
                                Plaintiff, :
:
              *- against -* :   11-cv-2200 (WJM) (CBS)
:
Deutsche Bank AG, Deutsche Bank Trust :
Company Americas, Deutsche Bank :
Securities Inc., :
:
                              Defendants. :
:
------------------------------------------------------------x

**AFFIDAVIT OF RAYMOND BURKHARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK   )
                             : ss.:
COUNTY OF NEW YORK )

       RAYMOND BURKHARD, being first duly sworn, deposes and says:

       1.    I am a Managing Director and Tax Counsel employed by Deutsche Bank AG, New York Branch. I am familiar with the facts set forth herein and state the following concerning the operations of Deutsche Bank AG in the United States.

       2.    Based upon reporting to Deutsche Bank's U.S. Tax Department, in 2009 and 2010, defendants Deutsche Bank AG, Deutsche Bank Trust Company Americas and Deutsche Bank Securities Inc. each derived no corporate taxable income from operations in the State of Colorado.

3.   Based on reporting to Deutsche Bank's U.S. Tax Department, in 2009 and 2010, non-defendants Deutsche Bank AG, New York Branch and DB Services New Jersey, Inc. each derived no corporate taxable income from operations in the State of Colorado.

4.   Based on current reporting to Deutsche Bank's U.S. Tax Department, it appears that none of the entities identified in paragraphs 2 or 3 above will derive corporate taxable income from operations in the State of Colorado in 2011.

_____
RAYMOND BURKHARD

Sworn to before me this
11th th day of January, 2012.

_____
Notary Public

BARBARA A KNIGHT
NOTARY PUBLIC State of New York
No. 01KN5038063
Qualified in New York County
Commission Expires February 21 20_15_