IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-02200-WJM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: February 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  

JENNIFER ROSENBERG,

     Plaintiff,

v.

DEUTSCHE BANK A.G.,
D E U T S C H E   B A N K
AKTIENGESELLSCHAFT,
DEUTSCHE BANK TRUST COMPANY AMERICAS, and
DEUTSCHE BANK SECURITIES, INC.,

     Defendants.

*Counsel:*

*Pro se*

Cuneyt Akay
Thomas Kavaler

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:        9:57 a.m.**
Court calls case.  Appearances of counsel.  *Ms. Jennifer Rosenberg appears as pro se plaintiff.*

Discussion between the court and plaintiff regarding plaintiff's MOTION for Contempt CITATION and ORDER TO SHOW CAUSE (Docket No. 54, filed on 2/13/2012), what the grounds are for imposing sanctions, Colorado not accepting *pro hac vice* admittance and Mr. Kavaler's ability to practice law in the Colorado Federal Court system, and the jurisdiction to hear this case.

**ORDERED:**   The court **DENIES as unfounded** plaintiff's MOTION for Contempt CITATION and ORDER TO SHOW CAUSE (Docket No. 54, filed on 2/13/2012).

Discussion between the court and plaintiff regarding plaintiff's Emergency MOTION for Protective Order (Docket No. 52, filed on 2/10/2012), what the elements are that need to be

satisfied to get injunctive relief, Rule 65, Rule 26(c), and Rule 11 (civil procedure).

**ORDERED:** The court **DENIES without prejudice** plaintiff's Emergency MOTION for Protective Order (Docket No. 52, filed on 2/10/2012)

Discussion between the court and plaintiff regarding plaintiff's MOTION to Strike Defendant's Motion to Dismiss or Transfer Venue (Docket No. 49, filed on 2/3/2012). Plaintiff informs the court that she would like this Motion to Strike to be treated as her response to the defendant's MOTION to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Transfer to the Southern District of New York (Docket No. 27, filed on 1/12/2012). Counsel for the defendant informs the court that they treated the plaintiff's Motion to Strike as a response and have already filed their brief.

Discussion between the court and plaintiff regarding the plaintiff's MOTION to Amend 25 Second Amended COMPLAINT (Docket No. 45, filed on 1/20/2012). Plaintiff advises the court as to what claims and allegations she would like to add/amend, whether there are any parties she would like to add to this lawsuit, and the impact that continually amending the Complaint will have on the progress of this case.

**ORDERED:** The court will **hold in ABEYANCE** plaintiff's MOTION to Amend 25 Second Amended COMPLAINT (Docket No. 45, filed on 1/20/2012) until the defendant's MOTION to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Transfer to the Southern District of New York (Docket No. 27, filed on 1/12/2012) has been ruled on.

The court informs the parties that there is currently no need to set any discovery deadlines until the court has made a decision on the merits of this case and how it will proceed. Court advises the parties that all briefing on the Motion to Dismiss has been completed.

**ORDERED:** The court will stay any setting of deadlines until the defendant's MOTION to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Transfer to the Southern District of New York (Docket No. 27, filed on 1/12/2012) has been ruled on.

HEARING CONCLUDED.

**Court in recess:** **11:21 a.m.**
Total time in court:    01:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.